# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMMY J. STRUTTON, <br> CHRISTOPHER A. BONAR, and <br> DENNIS R. BRYANT <br><br> Plaintiffs, <br><br> v. <br><br> BAVARIAN MOTOR TRANSPORT, LLC, <br> and <br> DAVID A. THOMPSON <br><br> Defendants. | No. 05-01043-CV-DW |

## ORDER

Before the Court is Parties' Stipulation of Dismissal with Prejudice. (Doc. 23). Parties move the Court to dismiss this case with prejudice with each party to bear their own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

Date: September 21, 2006                                   /s/ DEAN WHIPPLE
                                                            Dean Whipple
                                                            United States District Court