## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMMY J. STRUTTON, ) | |
| CHRISTOPHER A. BONAR, and ) | |
| DENNIS R. BRYANT ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-01043-CV-DW |
| ) | |
| BAVARIAN MOTOR TRANSPORT, LLC, ) | |
| and ) | |
| DAVID A. THOMPSON ) | |
| ) | |
| Defendants. ) | |

### AMENDED ORDER

This Court issued an Order closing the case on September 21, 2006. (Doc. 24). Parties stipulation, however, was only to Plaintiffs Christopher A. Bonar and Dennis R. Bryant's claims against Defendants Bavarian Motor Transport, LLC and David A. Thompson. Given the above, the Court amends its order and ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE as to the stated Plaintiffs. See FED. R. CIV. P. 41. The clerk of the court shall reopen this case as to the remaining parties.

Date: September 21, 2006                             /s/ DEAN WHIPPLE
                                                     Dean Whipple
                                                     United States District Court

Dockets.Justia.com